[No. 50515-7-I. Division One. November 24, 2003.]

*In the Matter of the Marriage of* MICHAEL STUART,
*Appellant*, and LAURABETH HEINRICHS,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-02121-6, James A. Doerty, J., entered April 29, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Baker, J.

[Nos. 50645-5-I; 51384-2-I. Division One. November 24, 2003.]

NEWTON & ASSOCIATES, INC., *Appellant*, v. NORTHWEST
CONTAINER SERVICES, INC., *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 01-2-31494-7, James A. Doerty, J., entered May 24, 2002. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Agid, JJ.

[No. 50657-9-I. Division One. November 24, 2003.]

GEORGE VAN HOUTEN, ET AL., *Appellants*, v. THE STATE OF
WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-14037-1, Julia Garratt, J. Pro Tem., entered November 15, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Ellington and Appelwick, JJ.

[No. 50710-9-I. Division One. November 24, 2003.]

NATHALIE J. FUENTES, ET AL., *Appellants*, v. THE PORT OF
SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-03569-0, Ronald Kessler, J., entered June 7, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Baker and Agid, JJ. Now published at 119 Wn. App. 864.